UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE FITZGERALD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation,<br>                    Defendant. | NO:  2:19-CV-0430-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 15).  The parties agree that Plaintiff's claims against Defendant LINA in the above-entitled matter should be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description.  The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees, costs, or payments of any other sums of any kind or description.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 23, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2